ERIC GRANT
United States Attorney
ZACHARY RAY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
**Oct 07, 2026**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATIONS OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | [~~PROPOSED~~] ORDER TO UNSEAL THE CASES AND FILE REDACTED SEARCH WARRANT AFFIDAVITS |
| 582 EAST 12TH STREET, CHICO, CALIFORNIA; THE PERSON OF CHRISTOPHER WILLIAM PEPLOW; AND A WHITE DODGE RAM PICKUP TRUCK BEARING CALIFORNIA LICENSE PLATE B224K0 | 2:26-sw-0432 SCR |
| A MACBOOK PRO LAPTOP BEARING MODEL NUMBER A1398, CURRENTLY LOCATED AT EYE OF JADE TATTOO IN CHICO, CALIFORNIA | 2:26-sw-0551 AC |

The United States' motion to partially unseal the case, to leave the original affidavits sealed, and to file a redacted copy of the affidavits is GRANTED. The Clerk of the Court is directed to unseal the above-referenced cases and to seal the original Affidavits in Support of Criminal Search Warrants. The Clerk of the Court is further directed to file the redacted Affidavits in Support of Criminal Search Warrants on the public docket.

///

///

///

///

According to the United States, the above-captioned warrants are relevant to a pending criminal case. The United States is authorized to share the unredacted affidavits with the defendant in discovery for that case.

DATED: October 7, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE